U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R01029)

FILED IN CHAMBERS
U.S.D.C. - Atlanta

SEP - 9 2020

James N. Hatten, Clerk
By: _____
Deputy Clerk

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

| | |
|---|---|
| COUNTY NAME: Fulton | DISTRICT COURT NO. **1:20-CR347**<br>UNDER SEAL<br>MAGISTRATE CASE NO. |

X Indictment      Information      Magistrate's Complaint
DATE: September 9, 2020      DATE:      DATE:

UNITED STATES OF AMERICA
vs.
**RYAN FELTON**

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Sekret T. Sneed
Defense Attorney: