U.S. Department of Justice
United States Attorney

FILED IN CHAMBERS
U.S.D.C. - Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

SEP - 9 2020

James N. Hatten, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | Indictment/Information |
| v. | 1:20-CR347 |
| RYAN FELTON<br>**Agent to Arrest** | |

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, and request that warrant be lodged as detainer, in the above-stated case.

*Sekret T. Sneed*
Sekret T. Sneed
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 2020.

_____
Clerk

By _____
Deputy Clerk

ISSUED AND DELIVERED
TO U.S. MARSHALL
9/9/2020
BY: _____
DEPUTY CLERK

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94