# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:20-CR-00347-UNA-1 |
| v. ) | |
| ) | |
| RYAN FELTON ) | |

## NOTICE OF APPEARANCE

JOSHUA SABERT LOWTHER, Esq., pursuant to N.D. Ga. L. Cr. R. 57.1(D)(1)(b), respectfully notifies this Court of his appearance the attorney of record for Mr. RYAN FELTON, the defendant in the above-styled case.

Date:	September 12, 2020

Respectfully submitted,

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
M 912.596.2935
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
http://www.lowtherwalker.com

Attorney for Ryan Felton

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:20-CR-00347-UNA-1 |
| v. ) | |
| ) | |
| RYAN FELTON ) | |

## CERTIFICATE OF SERVICE

I certify that on September 12, 2020, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the United States District Court for the Northern District of Georgia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:     September 12, 2020

Respectfully submitted,

*s/ Joshua Sabert Lowther, Esq.*
Joshua Sabert Lowther, Esq.
Ga. Bar # 460398
M 912.596.2935
jlowther@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
http://www.lowtherwalker.com

2