**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**

|  |  |  |  |  | Time in Court: |  | Hrs | 13 | Min |
|---|---|---|---|---|---|---|---|---|---|
| Filed in Open Court: |  | Date: | 09/14/2020 | Time: | 11:00 a.m. | Tape: | FTR |  |  |

Magistrate (presiding): **JOHN K. LARKINS III**      Deputy Clerk: _Cynthia Mercado_

| Case Number: | 1:20-CR-347-JPB-JSA | Defendant's Name: | Ryan Felton |
|---|---|---|---|
| AUSA: | Sekret Sneed | Defendant's Attorney: | Joshua Lowther |
| USPO/PTR: | Lisa Moore | Type Counsel: | (X) Retained  ( ) CJA  ( ) FPD  ( ) Waived |

| | | |
|---|---|---|
| X | ARREST DATE: | 9/14/2020 |
|   | INTERPRETER: | |
| X | INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT | Dft in custody?  (X) Yes     ( ) No |
|   | Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed. | |
|   | ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY. | |
|   | ORDER appointing _____ State Bar # _____ as counsel. | |
|   | ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD) | |
|   | Dft to pay attorney fees as follows: | |
|   | INFORMATION/INDICTMENT filed.   WAIVER OF INDICTMENT filed. | |
|   | Copy information/indictment given to dft? (X) Yes ( ) No - Read to dft? ( ) Yes ( ) No (X) Waived formal reading | |
|   | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed. | |
| X | ARRAIGNMENT HELD.  ( ) Superseding indictment     ( ) Dft's WAIVER of appearance filed. | |
|   | Arraignment continued to _____ at _____   Request of ( ) Govt ( ) Dft | |
|   | Dft failed to appear for arraignment.   Bench warrant issued | |
| X | Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered. ( ) Waiver of appearance. | |
|   | MOTION TO CHANGE PLEA, and order allowing same. | |
| X | ASSIGNED to District Judge BOULEE for (x) trial    ( ) arraignment/sentence. | |
| X | ASSIGNED to Magistrate Judge ANAND for pretrial proceedings. | |
|   | Estimated trial time: _____ days.   ( ) SHORT   (X) MEDIUM   ( ) LONG | |
|   | PRE-SENTENCE INVESTIGATION filed.   Referred to USPO for PSI and continued until _____ at _____ for sentencing. | |
|   | Government MOTION FOR DETENTION filed.   Hearing set for _____ at _____ | |
|   | Temporary commitment issued.   Dft remanded to custody of US Marshals Service. | |

**BOND/PRETRIAL DETENTION HEARING**

| | | | |
|---|---|---|---|
| X | BOND hearing held. | | |
| | Government MOTION FOR DETENTION  ( ) GRANTED   ( ) DENIED   ( ) WITHDRAWN | | |
| | Defendant does not contest detention at this time. | | |
| | WRITTEN ORDER TO FOLLOW. | | |
| | Defendant's Motion for Bond Reconsideration [Doc. 1869] is DENIED. | | |
| | WRITTEN ORDER TO FOLLOW. | | |
| X | BOND SET at | $ 20,000 | |
| X | Non-surety | | |
| | Surety  ( ) Cash  ( ) Property  ( ) Corporate surety ONLY | | |
| | | | |
| | Defendant released on CONDITIONS ONLY. | | |
| X | Bond EXECUTED.   Defendant RELEASED. | | |

| WITNESSES: | |
|---|---|
| | |
| | |
| | |

| SENTENCE: | |
|---|---|
| | |
| | |
| | |