U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

SEP 14 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

P L E A  (With Counsel)

CRIMINAL NO. 1:20-cr-00347

I, Ryan Felton, defendant, having received a copy of the within Indictment, and having been arraigned plead Not Guilty thereto to counts 1 through 28 thereof.

In Open Court this 14th day of September, 2020.

_____          _____
SIGNATURE (Defense Attorney)        SIGNATURE (Defendant)
                                    Ryan Felton

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404.496.4052                 101 Marietta St NW #3325
Bar Number: 460398                  ATL GA 30303

                                    Phone: 404-496-4052

Filed in Open Court by:

_____          _____
(Signature)                         Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12