AO 442 (12/85) Warrant for Arrest

FID: 11171839

RECEIVED
By CSpear at 9:51 am, Sep 10, 2020

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | WARRANT FOR ARREST |
| vs. | |
| RYAN FELTON | CASE NO. 1:20-CR-347 JPB |

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

SEP 23 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

To:   The United States Marshal
      and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest RYAN FELTON and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

Charging him or her with (brief description of offense): WIRE FRAUD RE: FLiK

in violation of **Title 18, United States Code, Section(s) 1343**

JAMES N. HATTEN                             Clerk, U.S. District Court
Name of Issuing Officer                     Title of Issuing Officer

_[signature]_                               September 9, 2020 at Atlanta, Georgia
Signature of Issuing Officer                Date and Location


Bail Fixed at $ _____                  By: _____
                                                Name of Judicial Officer

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received:  9/10/2020                   SA Joseph Shites
                                            Name and Title of Arresting Officer

Date of Arrest: 9/14/2020                   _____
                                            Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

FID: 11171839

RECEIVED
By CSpear at 9:51 am, Sep 10, 2020

# COPY

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

RYAN FELTON

**WARRANT FOR ARREST**

CASE NO. 1:20-CR-347

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest RYAN FELTON and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): WIRE FRAUD RE: FLiK

in violation of **Title 18, United States Code, Section(s) 1343**

JAMES N. HATTEN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

September 9, 2020 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 9/10/2020

Date of Arrest: 9/14/2020

SA Joseph D. Slate
Name and Title of Arresting Officer

[signature] Joseph D. Slate
Signature of Arresting Officer