UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| United States of America<br><br>*v.*<br><br>Ryan Felton | Criminal Indictment<br><br>No. 1:20-cr-00347-JPB-JSA |

### NOTICE OF FILING LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that on September 22, 2020, the attached Notice of Lis Pendens Re: Forfeiture was recorded with the Clerk of Superior Court of Fulton County, Georgia.

Dated: September 25, 2020

Respectfully submitted,

Byung J. Pak
   *United States Attorney*

/s/Sekret T. Sneed
   *Assistant United States Attorney*
Georgia Bar No. 252939
sekret.sneed@usdoj.gov

Lien Book 4827 Page 514
Filed and Recorded 9/22/2020 4:40:00 PM
2020-0300833
Cathelene Robinson
Clerk of Superior Court
Fulton County, GA
Participant IDs: 6766574607
7067927936

                                                                                   RE:    PROPERTY CURRENTLY OR FORMERLY OWNED BY RYAN S. FELTON AND JENNIFER L. FELTON

| PLEASE RETURN TO:<br>SEKRET T. SNEED<br>ASSISTANT U.S. ATTORNEY<br>75 TED TURNER DRIVE, S.W.<br>SUITE 600<br>ATLANTA, GEORGIA 30303 | PLEASE CROSS-REFERENCE TO THAT LIMITED WARRANTY DEED RECORDED NOVEMBER 13, 2017, AT DEED BOOK 58166, PAGE 402 IN THE FULTON COUNTY, GEORGIA LAND RECORDS. |
|---|---|

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN FELTON | Criminal Action<br><br>No. 1:20-CR-347-UNA |
|---|---|

### NOTICE OF LIS PENDENS RE: FORFEITURE

NOTICE IS HEREBY GIVEN, that a Criminal Indictment was filed charging the above-named Defendant with violations of Title 18, United States Code, Sections 1343, 1956 and 1957 and Title 15, United States Code, Section 78j(b) and 78ff, and alleging in the Forfeiture Provision that the following real property:

### 75 ABINGTON COURT NW, ATLANTA, GEORGIA
### PARCEL ID NUMBER 17018400070203

**ALL THAT TRACT OR PARCEL OF LAND** lying and being in Land Lot 1854 of the 17th District of Fulton County, Georgia, being Lot 20, Chatsworth, as per plat recorded in Plat Book 151, Page 76, Fulton County, Georgia Records, which plat is incorporated herein and made a part hereof this description.

titled in the name of **Ryan S. Felton and Jennifer L. Felton.** together with all appurtenances thereto, improvements thereon, furnishings and fixtures, is subject to forfeiture to the United States of America under the provisions of Title 18, United States Code, Sections 981(a)(1)(A) and (C) and Title 28, United States Code, Section 2461.

FURTHER NOTICE IS HEREBY GIVEN that the provisions of Title 21, United States Code, Section 853(k) prohibit any claimant to the above-described property from (1) intervening in the trial or appeal of the criminal case, or (2) commencing an action at law or equity against the United States concerning the validity of any alleged interest subject to the Indictment, except as provided by the provisions of Title 21, United States Code, Section 853(n), following the entry of a preliminary order of forfeiture.

Respectfully submitted,
BYUNG J. PAK
*United States Attorney*

SEKRET SNEED
Digitally signed by SEKRET SNEED
Date: 2020.09.22 16:21:48 -04'00'

SEKRET T. SNEED
*Assistant United States Attorney*
Georgia Bar No. 252939
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
404-581-6000