IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO.: |
| : | 1:20-CR-00347-JPB-JSA |
| RYAN FELTON : | |
| : | |
| Defendant. : | |

## ORDER

For good cause shown, and with the Government's consent, Defendant's Motion to Continue, [doc. 13], is **GRANTED**. The Pretrial Conference is rescheduled to **Wednesday, November 4, 2020 at 10:00 a.m.** Pretrial motions are now due on or before **October 30, 2020**.

The period from September 29, 2020, and November 4, 2020 shall be excluded under the District's Speedy Trial Plan and the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(I) and (iv). The Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Specifically, the discovery in this case is voluminous and Counsel for the Defendant needs additional time to review the discovery. The Court agrees that this reason justifies the extension, and that it is necessary to allow for additional time to

1

meaningfully review the discovery and determine what motions may be warranted.

**IT IS SO ORDERED** this 29th day of September, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE