IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA, :
:
v. : CRIMINAL ACTION NO.
: 1:20-CR-00347-JPB-JSA
RYAN FELTON, :
:
Defendant. :

## ORDER CERTIFYING READY FOR TRIAL

Counsel for the above-named defendant advised the Court that a Pretrial Conference is not needed in this matter. No pretrial motions have been filed and it does not appear that there are any other pretrial matters to bring before the undersigned. It is therefore **ORDERED** that this defendant's case be certified as ready for trial.

**IT IS SO ORDERED** this 24th day of November, 2020.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE