

# U.S. Department of Justice
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*   *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*   *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

March 23, 2021

Courtroom Deputies
United States Courthouse
Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

| Re: | *U.S. v. Marino* | 1:06-cr-00457-RWS-ECS |
|---|---|---|
| | *U.S. v. Adara, et al.* | 1:18-cr-00093-TCB-LTW |
| | *U.S. v. Davis, et al.* | 1:18-cr-00141-MLB-AJB |
| | *U.S. v. Tyson, et al.* | 1:19-cr-00103-TCB-AJB |
| | *U.S. v. Beck* | 1:19-cr-00184-MHC-JSA |
| | *U.S. v. Jackson* | 1:19-cr-00199-AT-CMS |
| | *U.S. v. Robinson* | 1:19-cr-00502-MLB |
| | *U.S. v. Addaquay, et al.* | 1:20-cr-00045-LMM-JSA |
| | *U.S. v. Addaquay, et al.* | 1:20-cr-00126-LMM-JSA |
| | *U.S. v. Nha Thuoc Hoa Da, LLC* | 1:20-cr-00340-JPB |
| | *U.S. v. Felton* | 1:20-cr-00347-JPB-JSA |
| | *U.S. v. Lee* | 1:20-cr-00366-MLB |
| | *U.S. v. Vangala* | 1:20-cr-00372-JPB-LTW |
| | *U.S. v. Vinson, et al.* | 1:20-cr-00428-ELR-AJB |
| | *U.S. v. Marino* | 1:20-cr-00496-SDG-RDC |
| | *U.S. v. Davis* | 1:20-cr-00509-MLB |
| | *U.S. v. Montgomery* | 1:21-cr-00107 |

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office from April 27, 2021 to May 11, 2021. I request that the Court not schedule any court appearances in the above-referenced matters for those dates.

Sincerely,
KURT R. ERSKINE
ACTING UNITED STATES ATTORNEY

*/s/ Sekret T. Sneed*
SEKRET T. SNEED
*Assistant United States Attorney*

cc:   Defense Counsel (via ECF)