

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

July 3, 2021

Courtroom Deputies
U.S. Courthouse
75 Ted Turner Dr, S.W.
Atlanta, Georgia 30303

Re: Leave of Absence on October 1, 2021 and from October 21-22, 2021

Dear Courtroom Deputies:

This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on October 1, 2021 and from October 21, 2021 to October 22, 2021. I request that the Court not schedule any court appearances in the below-referenced matters for those dates:

U.S. v. Carla Franklin
1:16-CR-431-MHC-AJB

U.S. v. Bennett L. Kight
1:16-CR-099-AT-LTW

U.S. v. Jared Wheat, et al
1:17-CR-229-AT-CMS

U.S. v. Mitzi Bickers
1:18-CR-098-SCJ-LTW

U.S. v. John Lee
1:19-CR-395-SCJ-CMS

U.S. v. Choat Soviravong
1:19-CR-146-AT-CMS

U.S. v. Robert Barr
2:20-CR-014-RWS-JCF

U.S. v. Bamidele Muraina, et al
1:20-CR-284-WMR-RDC

U.S. v. Ryan Felton
1:20-CR-347-JPB-JSA

U.S. v. Matthew Moran
3:20-CR-014-TCB-RGV

U.S. v. Onoriode Ezewu
1:21-CR-036-ELR-AJB

Sincerely,

KURT R. ERSKINE
*Acting United States Attorney*

*/s/ Nathan P. Kitchens*

NATHAN P. KITCHENS
*Assistant United States Attorney*

cc:    Counsel of record (via ECF notification)