IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>RYAN FELTON | Criminal Action No.<br><br>1:20-CR-00347-JPB-JSA |

**ORDER**

Having read and considered the parties' Joint Motion to Exclude Time from Speedy Trial Calculations and for good cause shown,

The Court finds that due to the fact that counsel for the defendant and government requires additional time to prepare for trial with heavy upcoming trial commitments, that the defendant is on pretrial release, and that numerous alleged victims and witnesses will need to travel from other countries for trial during the pandemic, the requested exclusion would serve the ends of justice and that the failure to grant this joint motion "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence…" 18 U.S.C. § 3161(h)(7)(B)(iv).

Accordingly, the Court finds that "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial…" 18 U.S.C. § 3161(h)(7)(A).

It is hereby ORDERED that the period from **May 3, 2021**, *nunc pro tunc*, through and including the trial date set by the Court shall be excluded under the Speedy Trial Act and that the ends of justice served by such continuance outweigh the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §§ 3161(b) & 3161(h)(7)(A). The Court will enter a separate order scheduling the trial for this case, and the trial will commence no earlier than November 2021.

SO ORDERED THIS _____ day of July 2021.

J.P. BOULEE
UNITED STATES DISTRICT JUDGE

Prepared by
Nathan P. Kitchens, Assistant United States Attorney
(404) 581- 6185