UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RYAN FELTON,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:20-CR-0347-JPB |

### NOTICE OF TRIAL

This matter is set for trial beginning on November 15, 2021, at 9:30 a.m. This case is second on the trial calendar. If your trial does not proceed on this date, you will be placed on the trial calendar for a trial beginning on December 6, 2021, at 9:30 a.m. You are hereby notified that the case will be placed on each of these calendars until reached.

The parties should be prepared to provide the courtroom deputy clerk with three copies of their respective exhibit and witness lists at the start of trial for use by the Judge, court reporter and courtroom deputy clerk. Each party should also provide a courtesy copy of all exhibits in an appropriately labeled notebook on the first day of trial for the Judge. The parties are referred to Local Rule 16.4(B)(19)(b), NDGA, concerning exhibit labeling. The parties must provide a courtesy copy of any documents e-filed just prior to trial or on any day during the trial.

Any training or trial runs regarding the courtroom technology must be scheduled in advance of trial via the courtroom deputy clerk. The Court will not allow time for training or trial runs at the beginning of the trial. Any motions requesting leave to bring technology into the courtroom must be filed no later than three days in advance of trial, to allow time for proper notification to the U.S. Marshals Service.

By direction of the Honorable J. P. Boulee, United States District Judge.

July 28, 2021.

/s/ B. Walker
Courtroom Deputy Clerk
404-215-1410
Brittney_Walker@gand.uscourts.gov