IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>RYAN FELTON | Criminal Action No.<br><br>1:20-CR-00347-JPB-JSA |

**ORDER**

Having read and considered the parties' Joint Motion to Continue Jury Trial and for a Specially Set Trial Date and for good cause shown,

The Court finds that in light of the exigent circumstances created by the COVID-19 pandemic, its impact on the availability of multiple witnesses located abroad, and the heavy upcoming trial commitments of counsel for the government that extend through at least the end of April 2022, the requested continuance would serve the ends of justice and that the failure to grant this joint motion "would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence…" 18 U.S.C. § 3161(h)(7)(B)(iv). Accordingly, the Court finds that "the ends of justice served by the granting of such continuance [will] outweigh the best interests of the public and the defendant in a speedy trial…" 18 U.S.C. § 3161(h)(7)(A).

Accordingly, it is hereby ORDERED that the currently scheduled trial date of November 15, 2021, shall be continued until a date to be specially set, by separate order, which shall be no sooner than June 6, 2022. Since the extension is supported by good cause, the Court also finds the time from November 15, 2021, up to and including the new trial date, shall be excluded under the District's Speedy Trial Plan and the Speedy Trial Act on the grounds that the additional time is necessary to afford the Government and the defendants reasonable time for effective preparation, and to avoid a miscarriage of justice, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(b) & 3161(h)(7)(A).

SO ORDERED this _____ day of August 2021.

J.P. BOULEE
UNITED STATES DISTRICT JUDGE

Prepared by
Sekret T. Sneed, Assistant United States Attorney