# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00347-JPB-JSA
### USA v. Felton
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 08/27/2021.

TIME COURT COMMENCED: 2:45 P.M.
TIME COURT CONCLUDED: 3:05 P.M.      COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:20                 DEPUTY CLERK: Brittney Walker
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Ryan Felton Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA<br>Joshua Lowther representing Ryan Felton<br>Sekret Sneed representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#1-[24]Motion to Continue GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | The Court held a motion hearing on 8/27/21. The Court GRANTED-IN-PART and DENIED-IN-PART the [24] Motion to Continue. The Court will tentatively set the jury trial for December 2021. See transcript for more details. |
| HEARING STATUS: | Hearing Concluded |