U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2018R01029)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

**COUNTY NAME:** Fulton

**DISTRICT COURT NO.** 1:20-CR-00347

**MAGISTRATE CASE NO.**

X Indictment
DATE: November 8, 2021

Information
DATE:

Magistrate's Complaint
DATE:

**UNITED STATES OF AMERICA**
vs.
**RYAN FELTON**

FIRST SUPERSEDING INDICTMENT
Prior Case Number: 1:20-CR-00347
Date Filed: September 9, 2020

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

**Is the defendant in custody?**   Yes   X No
**Will the defendant be arrested pending outcome of this proceeding?**   Yes   X No
**Is the defendant a fugitive?**   Yes   X No
**Has the defendant been released on bond?**   X Yes   No
**Defendant is released on bond from:** Northern District of Georgia on September 14, 2020
**Will the defendant require an interpreter?**   Yes   X No

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 08 2021

KEVIN P. WEIMER, Clerk
By: *[signature]* Deputy Clerk

District Judge:

Attorney: Nathan P. Kitchens
Defense Attorney: Joshua Lowther