U.S. Department of Justice
United States Attorney

November 8, 2021
Date Submitted

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

RYAN FELTON

Indictment/Information

1:20-CR-00347

November 8, 2021
Date of Indictment

**REQUEST FOR ARRAIGNMENT – Defendant on Bond**

Issue Summons to:

Ryan Felton
(Name)
75 Abington Ct, Atlanta, Georgia 30327
(Address)

ATTORNEY FOR DEFENDANT
Joshua Lowther
(Name)
101 Marietta St NW #3325, Atlanta, Georgia 30303
(Address)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 08 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

X SUPERSEDING INDICTMENT

Other defendants previously arraigned (or now set for arr.)

Nathan P. Kitchens
Assistant U.S. Attorney