AO 83 (12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
| v. | 1:20-cr-347-JPB-JSA |
| RYAN FELTON<br>75 Abington Court<br>Atlanta, GA 30327 | |

**YOU ARE HEREBY SUMMONED** to appear before the United States District Court at the place, date and time set forth below.

| | | |
|---|---|---|
| **PLACE:** | U.S. Courthouse<br>Richard B. Russell Building<br>**18th Floor, Room 1879**<br>75 Ted Turner Drive, S.W.<br>Atlanta, Georgia  30303-3361 | **FILED IN CHAMBERS**<br>**U.S.D.C ATLANTA**<br>Date: Nov 08 2021<br>KEVIN P. WEIMER, Clerk<br>By: s/James Jarvis<br>Deputy Clerk |
| **BEFORE:** | Honorable Alan J. Baverman<br>United States Magistrate Judge | |
| **DATE AND TIME:** | Friday, November 19, 2021<br>**10:30 a.m.** | |

To answer a(n)

X☐ SS Indictment   ☐ Information   ☐ Complaint   ☐ Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of **Title 18, United States Code, Section 1343**

Brief description of the offense: wire fraud relating to FLiK

AUSA:  Nathan Kitchens

Counsel for Defendant:  Joshua Lowther and Katryna Spearman

November 8, 2021

KEVIN P. WEIMER
CLERK OF COURT

By:  s/James Jarvis
Deputy Clerk