MAGISTRATE'S CRIMINAL MINUTES
ARRAIGNMENT
PLEA AND SENTENCE



ORIGINAL

|  | Time in Court: |  | Hrs. | 5 | Mins. |
|---|---|---|---|---|---|
| Filed in Open Court | Date: 11/19/2021 | Time: 10:32 am | Tape: | FTR | |

Magistrate (presiding): **Alan J. Baverman**       Deputy Clerk:   Lisa Enix

| Case Number: | 1:20-cr-347-JPB-JSA | Defendant's Name: | Ryan Felton |
|---|---|---|---|
| AUSA: | Nathan Kitchens/Sekret Sneed | Defendant's Attorney: | Joshua S. Lowther |
| USPO/PTR: | | Type of Counsel: Retained | |

|  | INTERPRETER: | | |
|---|---|---|---|
| X | INITIAL APPEARANCE HEARING: ( ) In This District | | Dft in custody? ( ) Yes  ( ) No |
| | Due Process Protection Act Warning Given to Government's Counsel. Order on page 2. | | |
| | Defendant advised of right to counsel. ( ) WIAVER OF COUNSEL FILED. | | |
| | ORDER appointing Federal Defender Program as counsel. (X ) INITIAL APPEARANCE ONLY | | |
| | ORDER appointing | | as counsel. |
| | ORDER giving defendant | | days to employ counsel. |
| | Dft to pay attorney fees as follows: | | |
| X | INFORMATION/INDICTMENT FILED | | () WAIVER OF INDICTMENT FILED |
| X | Copy information/indictment give to dft (X ) Yes ( ) No | | Read to dft? ( ) Yes (X ) no |
| | CONSENT TO TRIAL BEFORE MAGISTRATE (Misd/Petty) offense filed. | | |
| X | ARRAIGNMENT HELD  ( X ) Superseding Indictment | | ( ) Dft's WAIVER of appearance filed. |
| | Arraignment continued to | @ | Request of ( ) Govt  ( ) Dft |
| | Dft failed to appear arraignment | Bench Warrant Issued: | |
| X | Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of Not Guilty entered. ( ) Waiver of appearance | | |
| | PLEA OF GUILTY/NOLO as to counts | | |
| X | ASSIGNED to District Judge | Judge Boulee | (X ) trial    ( ) arraignment/sentence |
| X | ASSIGNED to Magistrate Judge | Judge Anand | for pretrial proceedings. |
| X | Estimated trial time: | | |