U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 19 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A  (With Counsel)

CRIMINAL NO. 1:20-cr-00347-JPB-JSA

I, Ryan Felton, defendant, having received a copy of the within Superseding Indictment, and having been arraigned plead Not Guilty thereto to counts 1 through 28 thereof.

In Open Court this 19th day of November, 2021.

_____
SIGNATURE (Defense Attorney)

_____
SIGNATURE (Defendant)
Ryan Felton

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404-496-4052
Bar Number: GA 460398

101 Marietta St NW
Ste 3325
ATL GA 30303
Phone: 404-496-4052

Filed in Open Court by:

_____
(Signature)

_____
Date

Form No. USA-40-19-B
N.D. Ga. 11/8/12