# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00347-JPB-JSA
### USA v. Felton
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 11/23/2021.

TIME COURT COMMENCED: 10:30 A.M.
TIME COURT CONCLUDED: 11:00 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
DEPUTY CLERK: Brittney Walker

| | |
|---|---|
| DEFENDANT(S): | [1]Ryan Felton NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA<br>Joshua Lowther representing Ryan Felton<br>Sekret Sneed representing USA |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | The Court held a Status Conference on 11/23/21. Trial is tentatively set for 12/15/21 at 9:30AM. The Court will reconvene on 12/1/21 at 11:30AM for a follow-up Status Conference. |
| HEARING STATUS: | Hearing Concluded |
| ADDL HEARING(S) SCHEDULED: | Status Conference set for 12/1/21 at 11:30 via Zoom; |