# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00347-JPB-JSA
### USA v. Felton
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 12/01/2021.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:40 A.M.	COURT REPORTER: Penny Coudriet
TIME IN COURT: 00:10	DEPUTY CLERK: Brittney Walker
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [1]Ryan Felton NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA<br>Joshua Lowther representing Ryan Felton<br>Sekret Sneed representing USA |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | The Court held a Status Conference on 12/1/21. The Court granted the parties' joint request for a jury trial continuance. Written Order to follow. See transcript for more details. |
| HEARING STATUS: | Hearing Concluded |