IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN FELTON | Criminal Action No.<br><br>1:20-cr-00347-JPB |

## PROPOSED VERDICT FORM

**1.**

As to Count One of the Superseding Indictment, we, the jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**2.**

As to Count Two of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**3.**

As to Count Three of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**4.**

As to Count Four of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**5.**

As to Count Five of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**6.**

As to Count Six of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**7.**

As to Count Seven of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**8.**

As to Count Eight of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**9.**

As to Count Nine of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**10.**

As to Count Ten of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**11.**

As to Count Eleven of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**12.**

As to Count Twelve of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**13.**

As to Count Thirteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**14.**

As to Count Fourteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**15.**

As to Count Fifteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**16.**

As to Count Sixteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**17.**

As to Count Seventeen of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**18.**

As to Count Eighteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty     _____ Not Guilty

**19.**

As to Count Nineteen of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty      _____ Not Guilty

**20.**

As to Count Twenty of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty      _____ Not Guilty

**21.**

As to Count Twenty-One of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty      _____ Not Guilty

**22.**

As to Count Twenty-Two of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty      _____ Not Guilty

**23.**

As to Count Twenty-Three of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**24.**

As to Count Twenty-Four of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**25.**

As to Count Twenty-Five of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**26.**

As to Count Twenty-Six of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty    _____ Not Guilty

**27.**

As to Count Twenty-Seven of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty      _____ Not Guilty

**28.**

As to Count Twenty-Eight of the Superseding Indictment, we, the Jury, unanimously find the Defendant RYAN FELTON:

_____ Guilty      _____ Not Guilty

**SO SAY WE ALL.**

Signed and dated at the United States Courthouse, Atlanta, Georgia, this _____ day of July, 2022.

Jury Foreperson's Signature:           _____

Jury Foreperson's Printed Name:      _____