# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00347-JPB-JSA
### USA v. Felton
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 06/29/2022.

TIME COURT COMMENCED: 1:25 P.M.
TIME COURT CONCLUDED: 1:50 P.M.
TIME IN COURT: 00:25
OFFICE LOCATION: Atlanta

COURT REPORTER: Melissa Brock
CSO/DUSM: 1 CSO
DEPUTY CLERK: Ciarra Oduka

| | |
|---|---|
| DEFENDANT(S): | [1]Ryan Felton Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA<br>Joshua Lowther representing Ryan Felton<br>Sekret Sneed representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference; |
| MINUTE TEXT: | The Court held a Pretrial Conference on 6/29/2022. The Court informed the parties of its trial procedures with respect to Covid-19 protocols. The parties discussed estimated trial length, voir dire, witnesses, etc. The parties addressed the [34] Motion in Limine. Hearing concluded. See transcript for additional details. |
| HEARING STATUS: | Hearing Concluded |