# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cr-00347-JPB-JSA**
**USA v. Felton**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 07/11/2022.

TIME COURT COMMENCED: 9:40 A.M.
TIME COURT CONCLUDED: 4:50 P.M.
TIME IN COURT: 4:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
CSO/DUSM: 1 CSO
DEPUTY CLERK: Ciarra Oduka

| | |
|---|---|
| DEFENDANT(S): | [1]Ryan Felton Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA<br>Joshua Lowther representing Ryan Felton<br>Sekret Sneed representing USA<br>Katryna Spearman representing Ryan Felton |
| PROCEEDING CATEGORY: | Jury Trial Began; |
| MINUTE TEXT: | The Court held a Jury Trial on 7/11/2022. Instructions regarding voir dire were given to the jurors. Voir dire conducted. The Court recessed for lunch. Jury selected and sworn. The Court gave instructions to the selected jury. Opening statements given. Witness Special Agent Joseph Stites called and sworn. Government's Exhibits 1, 2, 3, 4, 5 and 5A-5J admitted. Witness Russell Castillo called and sworn. Government's Exhibits 6, 7, 8, 9, 10, 12, 13, 15, 18, 20, 62, 11, 14, 16, 27, 31, 17, 21, 24, 25, 26, 22, 23, 28, 29 and 30 admitted. Witness Carlos Martinez called and sworn. Government's Exhibits 43, 44, 45 admitted. Hearing not concluded. Jurors were dismissed and directed to return on July 12, 2022 at 9:30 A.M. See transcript for additional details. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM, July 12, 2022. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |