# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00347-JPB-JSA
### USA v. Felton
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 07/12/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 5:35 P.M.
TIME IN COURT: 6:55
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
CSO/DUSM: 1 CSO
DEPUTY CLERK: Ciarra Oduka

| | |
|---|---|
| DEFENDANT(S): | [1]Ryan Felton Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA<br>Joshua Lowther representing Ryan Felton<br>Sekret Sneed representing USA<br>Katryna Spearman representing Ryan Felton |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Court called to Order. Witness Tony Gallippi called and sworn. Government's Exhibits 32, 33 and 22A admitted. Witness Niek Hortsman called and sworn. Government's Exhibits 22B, 22C, 22D, 35, 36, 38 and 34 admitted. Witness Kenneth Fedance called and sworn. Government's Exhibit 39 admitted. Court's Exhibit 1 admitted. Witness William Sparks called and sworn. Government's Exhibit 49 and 50 admitted. Court recessed for lunch. Witness Tim Anderson called and sworn. Government's Exhibits 55, 56, 57, 58 and 59 admitted. Witness Owen Smith called and sworn. Government's Exhibits 71, 64, 23A, 23B, 23D, 70, 74, 75, 77, 78 admitted. Witness Chance White called and sworn. Government's Exhibits 63, 65, 67, 68, 69 admitted. Hearing not concluded. Jurors were dismissed and directed to return on July 13, 2022 at 9:30 A.M. See transcript for additional details. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:30 AM, July 13, 2022. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |

EXHIBIT STATUS:     Exhibits retained by the Court to be forwarded to the Clerks Office.