# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cr-00347-JPB-JSA**
**USA v. Felton**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 07/13/2022.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 3:35 P.M.
TIME IN COURT: 4:50
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
CSO/DUSM: 1 CSO
DEPUTY CLERK: Ciarra Oduka

| | |
|---|---|
| DEFENDANT(S): | [1]Ryan Felton Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA<br>Joshua Lowther representing Ryan Felton<br>Sekret Sneed representing USA<br>Katryna Spearman representing Ryan Felton |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Court called to order. Witness Maxim Zarnovski called and sworn. Government's Exhibit 84 admitted. Witness Elizabeth Bisbee called and sworn. Government's Exhibit 100 admitted. Witness Jonathan Witten called and sworn. Government's Exhibit 85 admitted. Witness Daniel Burris called and sworn. Government's Exhibit 86 admitted. Court recessed for lunch. Witness Todd Neuhaus called and sworn. Government's Exhibit 87 admitted. Court's Exhibit 2 admitted. Witness Steve Ryskoski called and sworn. Government's Exhibit 96 admitted. Witness Joseph Stites called and sworn. Government's Exhibits 97, 98, 99, 91, 92, 94A-D, 95A-FF, 22F admitted. The Court held a Preliminary Charge Conference. Court's Exhibits 3 and 4 admitted. Hearing not concluded. Jurors were dismissed and directed to return on July 14, 2022 at 9:00 A.M. See transcript for additional details. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 9:00 AM, July 14, 2022. Jurors excused until the above time under the usual caution of the Court. |
| TRIAL STATUS: | Evidence Entered, Continued |

EXHIBIT STATUS:     Exhibits retained by the Court to be forwarded to the Clerks Office.