# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00347-JPB-JSA
### USA v. Felton
### Honorable J. P. Boulee

Minute Sheet for proceedings held In Open Court on 07/14/2022.

TIME COURT COMMENCED: 9:00 A.M.
TIME COURT CONCLUDED: 9:30 A.M.
TIME IN COURT: 00:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
CSO/DUSM: 1 CSO
DEPUTY CLERK: Ciarra Oduka

| | |
|---|---|
| DEFENDANT(S): | [1]Ryan Felton Present at proceedings |
| ATTORNEY(S) PRESENT: | Nathan Kitchens representing USA<br>Joshua Lowther representing Ryan Felton<br>Sekret Sneed representing USA<br>Katryna Spearman representing Ryan Felton |
| PROCEEDING CATEGORY: | Jury Trial Concluded |
| PLEADINGS FILED IN COURT: | Plea with Counsel |
| MINUTE TEXT: | Court called to Order. Defendant was sworn in. After being fully advised of his rights, Defendant entered a plea of guilty to counts 1-3, 6-11, 13-22, and 24-28 of the Superseding Indictment, which the Court accepted. The Court found that the plea was freely, knowingly and voluntarily given. Defendant to remain on bond. Notice of Sentencing to be set at a later time. Hearing concluded. See transcript for additional details. |
| HEARING STATUS: | Hearing Concluded |
| TRIAL STATUS: | Trial Completed-Settled/Guilty Plea |