U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

P L E A  (With Counsel)

CRIMINAL NO. 1:20-cr-00347-JPB

I, Ryan Felton, defendant, having received a copy of the within Superseding Indictment, and having been arraigned plead Guilty thereto to counts 1-3, 6-11, 13-22, and 24-28 thereof.

In Open Court this 14th day of July, 2022.

_____
SIGNATURE (Defense Attorney)
Joshua S. Lowther

_____
SIGNATURE (Defendant)
Ryan Felton

INFORMATION BELOW MUST BE TYPED OR PRINTED

Phone: 404-496-4052
Bar Number: GA 460398

Lowther/Walker LLC
101 Marietta St NW Ste 3325
Atlanta GA 30303

Phone: 770-866-7551

Filed in Open Court by:

_____
(Signature) Ciara Odusa

Date: July 19, 2022

Form No. USA-40-19-B
N.D. Ga. 11/8/12