IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20-CR-00347-JPB-JSA |
| | ) | |
| RYAN SCOTT FELTON | ) | |

## MOTION FOR LEAVE OF ABSENCE

Ms. KATRYNA LYN SPEARMAN, Esq., attorney for Mr. Ryan Scott Felton, pursuant to N.D. Ga. L. Cr. 57.1E(4), respectfully requests that the Court grant undersigned counsel a leave of absence from the above-captioned case for the following dates:

- July 23 — July 30, 2022: Ms. Spearman will be on a previously scheduled family vacation and conducting a detention hearing in the District of Hawaii on July 25, 2022.
- August 1, 2022: Ms. Spearman has a prenatal care appointment.
- August 22 — August 26, 2022: Ms. Spearman is scheduled for trial in *U.S. v. Kevin Clay* (No. 3:21-CR-205 (N.D. Oh.)).
- October 13 — November 25, 2022: Ms. Spearman will be on complete parental leave.

Ms. Spearman understands and acknowledges that the requested absence does not change or suspend any Court-ordered deadline. Ms. Spearman respectfully requests the the excuses her attendance at any proceedings which may be scheduled during the aforementioned dates.

1

Date: July 15, 2022

        Respectfully submitted,

        ***s/ Katryna Lyn Spearman, Esq.***
        Katryna Lyn Spearman, Esq.
        Ga. Bar # 616038
        kspearman@lowtherwalker.com

        ***s/ Joshua Sabert Lowther, Esq.***
        Joshua Sabert Lowther, Esq.
        Ga. Bar 460398
        jlowther@lowtherwalker.com

        Lowther | Walker LLC
        101 Marietta St., NW, Ste. 3325
        Atlanta, GA 30303
        404.496.4052+3
        www.lowtherwalker.com

        Attorneys for Defendant
        Ryan Scott Felton

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 1:20-CR-00347-JPB-JSA |
| ) | |
| RYAN SCOTT FELTON ) | |

## CERTIFICATE OF SERVICE

I certify that on July 15, 2022, I electronically filed the foregoing MOTION FOR LEAVE OF ABSENCE with the Clerk of the United States District Court for the Northern District of Georgia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date: July 15, 2022

Respectfully submitted,

*s/ Katryna Lyn Spearman, Esq.*
Katryna Lyn Spearman, Esq.
Ga. Bar # 616038
kspearman@lowtherwalker.com

Lowther | Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, GA 30303
404.496.4052
www.lowtherwalker.com