IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:20-CR-00347-JPB-JSA |
| | ) | |
| RYAN SCOTT FELTON | ) | |

**ORDER**

IT IS HEREBY ORDERED that Ms. Spearman's Motion for Leave of Absence be GRANTED and that she is excused from Court on July 23 – 30, 2022; August 1, 2022; August 22 – 26, 2022; October 13 – November 25, 2022.

SIGNED and ENTERED on this, the_____ day of July , 2022.

_____

United States District Judge