# EXHIBIT LIST

U.S. v. RYAN FELTON  
JUDGE J.P. BOULEE  
GOVERNMENT'S ATTORNEY: SEKRET SNEED AND NATHAN KITCHENS

DOCKET NUMBER 1:20-CR-347-JPB  
TRIAL DATE: 7/11/2022  
DEFENDANT'S ATTORNEY: JOSHUA SABERT LOWTHER AND KATRYNA SPEARMAN

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 001 | | | | Bittrex Records for Ryan Felton (29 Pages) |
| 002 | | | | Carl Black Chevrolet Records (39 Pages) |
| 003 | | | | Gemini Record for Ryan Felton (44 Pages) |
| 004 | | | | Gemini Trading Records for Ryan Felton (Excel) |
| 005 | | | | Wells Fargo Records for Account No. 2957753037 (518 Pages) |
| 005-A | | | | Wells Fargo – Consumer Account Application |
| 005-B | | | | Wells Fargo – Portfolio Checking 10/18/17-11/1/17 |
| 005-C | | | | Wells Fargo – Portfolio Premier 11/2/17-11/30/17 |
| 005-D | | | | Wells Fargo – Portfolio Checking 12/1/17-12/31/17 |
| 005-E | | | | Wells Fargo – Cashier's Check for $58,250.00 |
| 005-F | | | | Wells Fargo – Withdrawal Slip for $180,000.00 |
| 005-G | | | | Wells Fargo – Check# 526 for $15,635.00 |
| 005-H | | | | Wells Fargo – Check# 518 for $16,585.00 |
| 005-I | | | | Wells Fargo – Deposited check of $2,660.85 |
| 005-J | | | | Wells Fargo – Portfolio checking 6/1/18-6/30/18 |
| 006 | | | | Screen Captures of FLik.io (8 Pages) |
| 007 | | | | Screen Captures of FLik.io – Flik White Paper (15 Pages) |
| 008 | | | | Screen Captures of FLik.io – Flik Selects Digital Glue 8/14/2017 (3 Pages) |
| 009 | | | | Screen Captures of FLik.io – TI joins the FLik Team as Co-Owner 8/16/2017 (5 Pages) |
| 010 | | | | Screen Captures of FLik.io -FLik Receives Private Investment; Updates ICO 9/2/2017 (3 Pages) |
| 011 | | | | Screen Captures of TI Twitter – Check out FLik 8/29/2017 (2 Pages) |
| 012 | | | | Screen Captures of FLik.io – Tony Gallippi joins FLik Board 8/17/2017 (3 Pages) |
| 013 | | | | Screen Captures of FLik.io – Tokens Priced a .002 ETH 8/14/2017 (2 Pages) |
| 014 | | | | Screen Captures of Kevin Hart Twitter 9/16/2017 (2 Pages) |
| 015 | | | | Screen Captures of FLik.io – Progress Report and Product |

U.S. v. Ryan Felton                                                                 Docket Number 1:20-CR-347-JPB

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
|  |  |  |  | Update 1/25/2018 (2 Pages) |
| 016 |  |  |  | Web Capture TI Twitter – Flik ICO is now open 8/20/2017 (2 Pages) |
| 017 |  |  |  | Screen Captures Jennifer Felton Instagram (3 Pages) |
| 018 |  |  |  | Screen Captures of FLik.io – ICO has Closed (3 Pages) |
| 019 |  |  |  | FLik Promotional Video |
| 019-A |  |  |  | Declaration of Russel Castillo |
| 019-T |  |  |  | Transcript of FLik Promotional Video (2 Pages) |
| 020 |  |  |  | Screen Captures of FLik.io – Project Deadline Missed & We're Sorry 4/3/2018 (3 Pages) |
| 021 |  |  |  | Screen Captures of Skyblock.io website (9 Pages) |
| 022 |  |  |  | Web Capture of FLik Telegram (422 Pages) |
| 022-A |  |  |  | Excerpt from FLiK Telegram channel from 9/2/17 (2 Pages) |
| 022-B |  |  |  | Excerpt from FLiK Telegram channel from 8/26/17 (1 Page) |
| 022-C |  |  |  | Excerpt from FLiK Telegram channel from 8/22/17 (1 Page) |
| 022-D |  |  |  | Excerpt from FLiK Telegram channel from 9/15/17 (2 Pages) |
| 022-E |  |  |  | Excerpt from FLiK Telegram channel re: Digital Glue (2 Pages) |
| 022-F |  |  |  | Excerpt from FLiK Telegram channel from 9/19/17 (5 Pages) |
| 023 |  |  |  | Web Capture of CoinSpark Telegram (452 Pages) |
| 023-A |  |  |  | Excerpt from CoinSpark Telegram channel from 1/16/18 (3 Pages) |
| 023-B |  |  |  | Excerpt from CoinSpark Telegram channel from 2/1/18 (5 Pages) |
| 023-C |  |  |  | Excerpt from CoinSpark Telegram channel re: exchange funded (1 Page) |
| 023-D |  |  |  | Excerpt from CoinSpark Telegram channel from 2/11/18 (11 Pages) |
| 023-E |  |  |  | Excerpt from CoinSpark Telegram channel re: project team (2 Pages) |
| 023-F |  |  |  | Excerpt from CoinSpark Telegram channel from 2/7/18 (4 Pages) |
| 024 |  |  |  | Screen Captures of CoinSpark.io – website/white paper (20 Pages) |
| 025 |  |  |  | Screen Captures of CoinSpark.io – Exchange Now Live (3 Pages) |
| 026 |  |  |  | Screen Captures of CoinSpark.io – Coin Update and Burn Schedule 7/1/2018 (3 Pages) |

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 027 | | | | Screen Captures of CoinSpark twitter (27 Pages) |
| 028 | | | | Screen Captures of Michael Taylor article – Medium.com (8 Pages) |
| 029 | | | | Screen Capture of Ryan Felton Blog – How to Raise Money for Your Film Legally (7 Pages) |
| 030 | | | | Screen Capture of ryanfelton.com – Clearing the Air (5 Pages) |
| 031 | | | | FLik Token Roadmap 10/16/2017 (2 Pages) |
| 032 | | | | Gallippi Advisory Board Agreement (3 Pages) |
| 033 | | | | Gallippi email dated 8/21/2017 |
| 034 | | | | Horstman FLik Transactions (Excel) |
| 035 | | | | Screen Capture of FLik Telegram Channel (3 Pages) |
| 036 | | | | Screen Capture of FLik Telegram Channel |
| 037 | | | | Screen Capture of 10/23/2017 FLik Twitter post |
| 038 | | | | Screen Capture of Felton Instagram post (5 Pages) |
| 039 | | | | Fedance Wallet Address |
| 040 | | | | Fedance Inquiry to SkyBlock – 10/8/2018 |
| 041 | | | | CoinExchange BTC screenshot for Martinez |
| 042 | | | | CoinExchange ETH screenshot for Martinez |
| 043 | | | | EtherDelta Screenshot for Martinez |
| 044 | | | | FLik-USD Spreadsheet for Martinez |
| 045 | | | | CoinExchange FLik-BTC Transactions for Martinez |
| 046 | | | | FLik Transactions Spreadsheet for Brown – Summary |
| 046-A | | | | FLik Transactions Spreadsheet for Brown – Buy (5 Pages) |
| 046-B | | | | FLik Transactions Spreadsheet for Brown – Sell (2 Pages) |
| 047 | | | | Brown Email – 9/3/2020 (4 Pages) |
| 048 | | | | Felton to Sparks email dated 04/24/2017 (2 Pages) |
| 049 | | | | Felton to Sparks email dated 08/13/2017 (12 Pages) |
| 050 | | | | Felton to Sparks email dated 08/15/2017 (4 Pages) |
| 051 | | | | Sparks to team email dated 08/31/2017 (4 Pages) |
| 052 | | | | Blockchain screenshot of Sparks Wallet w 1 BTC (2 Pages) |
| 053 | | | | Blockchain screenshot of Sparks Wallet (2 Pages) |
| 054 | | | | Anderson to Felton email dated 08/15/2017 |
| 055 | | | | FLiK Meeting Calendar invitation - 09/13/2017 |
| 056 | | | | Anderson to Felton email dated 11/06/2017 |
| 057 | | | | Anderson to Felton email dated 12/12/2017 |
| 058 | | | | Anderson to Felton email dated 11/02/2017 |
| 059 | | | | Anderson to Felton email dated 05/21/2018 |

U.S. v. Ryan Felton                                    Docket Number 1:20-CR-347-JPB

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 060 | | | | Blockchain Screenshot of White Wallet |
| 061 | | | | White to Felton email dated 09/06/2017 re wallet address |
| 062 | 7/11 | | ✓ | Screen Capture of FLik Blog Post |
| 063 | | | | Felton to White email dated 10/15/2017 re blog post (2 Pages) |
| 064 | | | | Felton to Smith/White email dated 10/22/2017 (4 Pages) |
| 065 | | | | Coinspark ad 01/26/2018 (4 Pages) |
| 066 | | | | CoinSpark promo ad |
| 067 | | | | White to Felton email dated 07/23/2018 (2 pages) |
| 068 | | | | White to Felton email dated 07/26/2018 re Medium |
| 069 | | | | White group text exchange (3 Pages) |
| 070 | | | | Felton to Smith email dated 04/05/2018 re Spark on IDEX (2 Pages) |
| 071 | | | | Smith to Felton email dated 10/10/2017 re wallet |
| 072 | | | | Blockchain screenshot of Smith wallet |
| 073 | | | | Coinspark to Smith email dated 02/08/2018 re Reddit |
| 074 | | | | Smith to Felton email dated 07/18/2018 re IDEX |
| 075 | | | | Smith to Felton email dated 07/27/2018 (2 Pages) |
| 076 | | | | CoinSpark to Breckenridge email dated 08/28/2018 |
| 077 | | | | Smith to Felton email dated 09/16/2018 re Bosch refund (2 Pages) |
| 078 | | | | Smith to Felton email dated 09/16/2018 re Jawanjal refund (2 Pages) |
| 079 | | | | Andros to Owen email dated 06/08/2018 (3 Pages) |
| 080 | | | | Andros to Owen email dated 06/09/2018 (4 Pages) |
| 081 | | | | Sallen to Owen email dated 08/02/2018 re exchange issues (2 Pages) |
| 082 | | | | Coinspark to Derebenskiy email dated 07/18/2018 (2 pages) |
| 083 | | | | Derebenskiy email dated 08/31/2020 |
| 084 | | | | Screenshot of Zarnovski wallet |
| 085 | | | | Leuder Larkin Closing File (136 Pages) |
| 086 | | | | Ferrari of Atlanta Business Records (28 Pages) |
| 087 | | | | H&A International Records (6 Pages) |
| 088 | | | | Felton Exodus Wallet from Search Warrant (3 Pages) |
| 089 | | | | Felton Carl Black records from Search Warrant (14 Pages) |
| 090 | | | | Felton Abington Rd records from Search Warrant (31 Pages) |
| 091 | | | | Felton wire of $18,500 on 02/13/2018 (7 Pages) |
| 092 | | | | Felton furniture receipts from Search Warrant (56 Pages) |

U.S. v. Ryan Felton                                                                 Docket Number 1:20-CR-347-JPB

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 093 | | | | Felton accounts from Search Warrant |
| 094 | | | | Audio recording of Ryan Felton Interview |
| 094-A | | | | Audio Clip at 2:10-4:02 |
| 094-B | | | | Audio Clip at 5:27-7:56 |
| 094-C | | | | Audio Clip at 10:44-11:39 |
| 094-D | | | | Audio Clip at 12:32-14:37 |
| 095 | | | | Transcript of Felton SEC Deposition (366 Pages) |
| 095-A | | | | Excerpts from Felton SEC Deposition Page 5:2-22 |
| 095-B | | | | Excerpts from Felton SEC Deposition Page 16:13-18:13 |
| 095-C | | | | Excerpts from Felton SEC Deposition Page 22:1-18 |
| 095-D | | | | Excerpts from Felton SEC Deposition Page 24:24-26:10 |
| 095-E | | | | Excerpts from Felton SEC Deposition Page 29:8-30:18 |
| 095-F | | | | Excerpts from Felton SEC Deposition Page 37:21-39:14 |
| 095-G | | | | Excerpts from Felton SEC Deposition Page 59:12-23 |
| 095-H | | | | Excerpts from Felton SEC Deposition Page 68:10-69:3 |
| 095-I | | | | Excerpts from Felton SEC Deposition Page 70:15-71:1 |
| 095-J | | | | Excerpts from Felton SEC Deposition Page 74:18-75:11 |
| 095-K | | | | Excerpts from Felton SEC Deposition Page 77:9-18 |
| 095-L | | | | Excerpts from Felton SEC Deposition Page 92:14-94:20 |
| 095-M | | | | Excerpts from Felton SEC Deposition Page 107:23-108:24 |
| 095-N | | | | Excerpts from Felton SEC Deposition Page 109:18-112:21 |
| 095-O | | | | Excerpts from Felton SEC Deposition Page 120:13-121:20 |
| 095-P | | | | Excerpts from Felton SEC Deposition Page 123:8-20 |
| 095-Q | | | | Excerpts from Felton SEC Deposition Page 131:4-22 |
| 095-R | | | | Excerpts from Felton SEC Deposition Page 133:12-135:18 |
| 095-S | | | | Excerpts from Felton SEC Deposition Page 148:8-149:13 |
| 095-T | | | | Excerpts from Felton SEC Deposition Page 161:12-162:3 |
| 095-U | | | | Excerpts from Felton SEC Deposition Page 167:20-169:16 |
| 095-V | | | | Excerpts from Felton SEC Deposition Page 170:15-171:7 |
| 095-W | | | | Excerpts from Felton SEC Deposition Page 184:25-185:19 |
| 095-X | | | | Excerpts from Felton SEC Deposition Page 191:23-193:18 |
| 095-Y | | | | Excerpts from Felton SEC Deposition Page 200:24-202:3 |
| 095-Z | | | | Excerpts from Felton SEC Deposition Page 205:1-14 |
| 095-AA | | | | Excerpts from Felton SEC Deposition Page 207:9-208:13 |
| 095-BB | | | | Excerpts from Felton SEC Deposition Page 220:5-222:8 |
| 095-CC | | | | Excerpts from Felton SEC Deposition Page 223:4-23 |
| 095-DD | | | | Excerpts from Felton SEC Deposition Page 254:11-256:17 |
| 095-EE | | | | Excerpts from Felton SEC Deposition Page 257:23-259:15 |

U.S. v. Ryan Felton                                                    Docket Number 1:20-CR-347-JPB

| Exhibit Number | Date Offered | Marked | Admitted | Description |
|---|---|---|---|---|
| 095-FF | | | | Excerpts from Felton SEC Deposition Page 272:9-273:3 |
| 096 | | | | Chart of Ryan Felton Wells Fargo Account Use of Proceeds from 10/18/2017 – 10/31/2018 |
| 097 | | | | Photo of Felton Residence at 75 Abington Court, NW, Atlanta 30327 |
| 098 | | | | Photo of front of Chevrolet Tahoe |
| 099 | | | | Photo of rear of Chevrolet Tahoe |
| 100 | | | | |