

# NOTICE TO COUNSEL OF RECORD AND PARTIES

**TO:** Nathan Parker Kitchens
Office of the United States Attorney

**FROM:** Ashley Coleman, Deputy Clerk

**DATE:** 7/27/2022

**CASE NO.:** 1:20-cr-00347-JPB-JSA

**SUBJECT:** **RECLAMATION AND DISPOSITION OF AUDIO/VIDEO EXHIBITS**

---

Pursuant to Local Rule 79.1(D), you are hereby notified that the audio/video exhibits in the above styled case will be disposed of if you have not recovered same within 30 days from the date of this letter.

Please date and sign this Notice to acknowledge receipt, indicate how the exhibits should be handled, and electronically file the signed Notice using the **Exhibit Disposition Notification** event in CM/ECF. The event is located under the Other Documents heading.

(If you will be picking up exhibits, please allow at least 24 hours from the filing of your notice to ensure the exhibits are ready for pickup.)

**Receipt of this Notice is hereby acknowledged.**  _____
                                                              **(Signature)**

☐ **Audio/Video Exhibits will be picked up no later than** _____
                                                                                    **(Date)**

☐ **Audio/Video Exhibits may be destroyed.** _____ **(Initials)**

*Note: If someone other than the attorney of record will be picking up exhibits, a letter of authorization from the attorney of record is required.*

**Audio/Video Exhibits Received by:** _____
                                                           **(Signature)**

**This ____ day of _____, 2022**