IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN FELTON | Criminal Action No.<br><br>1:20-cr-00347-JPB |

## CONSENT PRELIMINARY ORDER OF FORFEITURE

Ryan Felton ("Defendant"), having pleaded guilty to Counts One through Three, Six through Eleven, Thirteen through Twenty-Two and Twenty-Four through Twenty-Eight of the Indictment, pursuant to which the United States sought forfeiture of certain property under 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1), and the Court having determined that the property described below is subject to forfeiture pursuant thereto, that the Government has established the requisite nexus between said property and Counts One through Three, Six through Eleven, Thirteen through Twenty-Two and Twenty-Four through Twenty-Eight of the Indictment charged in the Indictment, and the Defendant having consented to this Consent Preliminary Order of Forfeiture becoming final as to him, being made a part of his sentence and being included in the judgment against him;

IT IS HEREBY ORDERED that the Defendant shall forfeit to the United States his interest in the following property pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1):

i. REAL PROPERTY

   a. 75 Abington Court, NW, Atlanta, Georgia 30327, and All Buildings, Appurtenances, Improvements and Attachments Thereon.

ii. VEHICLE

   a. One 2017 Chevrolet Tahoe, Vehicle Identification Number 1GNSCBKC3HR401432.

iii. MONEY JUDGMENT: A forfeiture money judgement in the amount of $2,499,840.20, representing the amount of proceeds the Defendant received as a result of the offenses upon which he was convicted.

IT IS HEREBY ORDERED that upon entry of this order, the United States Attorney General, or his designee, is authorized to seize all of the property in accordance with Fed. R. Crim. P. 32.2(b)(3).

The United States shall publish notice of this Order and its intent to dispose of the property in accordance with Fed. R. Crim. P. 32.2(b)(6) and in such a manner as described in Supplemental Rule G(4)(a)(iii) and (iv) of the Federal Rules of Civil Procedure. The United States shall send written notice, in accordance with Supplemental Rule G(4)(b)(iii)-(v), to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture of the above-listed property in the ancillary proceeding.

Pursuant to 21 U.S.C. § 853(n)(2), as incorporated by 18 U.S.C. § 982(b)(1), any person, other than the named Defendant and Jennifer L. Felton as set forth in Attachment A to this Consent Preliminary Order of Forfeiture, asserting a legal interest in the property may within thirty days of the final publication of the notice

or their receipt of the notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their alleged interest in the property and for an amendment to the order of forfeiture. Any petition filed by a third party asserting an interest in the property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstance of the petitioner's acquisition of the right, title, or interest, and any additional facts supporting the petitioner's claim and the relief sought.

After the disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the property following the Court's disposition of all third-party interests or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of the third-party petitions. The Court shall retain jurisdiction to enforce this order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture is hereby final as to the Defendant but remains preliminary as to third parties, except for Jennifer L. Felton as set forth in

Attachment A to this Consent Preliminary Order of Forfeiture, until the ancillary proceeding is concluded under Rule 32.2(c).

SO ORDERED this _____ day of _____, 2022.

_____
J. P. BOULEE
UNITED STATES DISTRICT JUDGE

Submitted by:

_____
Sekret T. Sneed
Assistant United States Attorney
Georgia Bar No. 252939

Consented to:

s/ Joshua Sabert Lowther, Esq.
_____
JOSHUA SABERT LOWTHER
Georgia Bar No. 460398
Lowther Walker LLC
101 Marietta St., NW, Ste. 3325
Atlanta, Georgia 30303
404-496-4052
jlowther@lowtherwalker.com
Attorney for Defendant