# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:20-cr-00347-JPB-JSA**
**USA v. Felton**
**Honorable J. P. Boulee**

Minute Sheet for proceedings held In Open Court on 11/22/2022.

TIME COURT COMMENCED: 1:05 P.M.
TIME COURT CONCLUDED: 2:10 P.M.
TIME IN COURT: 1:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Penny Coudriet
USPO: Maria J. Ridley
DEPUTY CLERK: Jennifer Lee

**DEFENDANT(S):** [1] Ryan Felton Present at proceedings

**ATTORNEY(S) PRESENT:**
Nathan Kitchens representing USA
Joshua Lowther representing Ryan Felton
Sekret Sneed representing USA

**PROCEEDING CATEGORY:** Sentencing Hearing (Sentencing Hearing Non-evidentiary);

**MINUTE TEXT:** The Court heard objections to the PSR and finds the sophisticated means enhancement should apply and the acceptance of responsibility reduction should not apply. The PSR is adopted by the Court to which no objection had been raised. The Court presented guideline calculations and sentencing options and heard argument from counsel. Defendant addressed the Court. 3553 factors given. The Court varies downward and sentences Defendant to 70 MONTHS confinement and 3 YEARS of Supervised Release as to Counts 1-3, 6-11, 13-22, 24-28, to be served concurrently, $2400 special assessment, fine waived, restitution in an amount to be determined. No objections to the sentence. Appeal rights given. Defendant will voluntarily surrender no sooner than 90 days from today's date.

**HEARING STATUS:** Hearing Concluded