IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:20-CR-00347-JPB-JSA-1 |
| v.  ) | |
| ) | |
| RYAN FELTON ) | |

**NOTICE OF APPEAL**

Mr. RYAN FELTON, pursuant to Fed. R. App. P. 4(b)(1)(A)(i), respectfully notifies this Court of his appeal from the sentence in the Judgment in a Criminal Case (ECF No. 56-1) to the United States Court of Appeals for the Eleventh Circuit.

Date:	December 12, 2022

    Respectfully submitted,

    ***s/ Joshua Sabert Lowther, Esq.***
    Joshua Sabert Lowther, Esq.
    Ga. Bar # 460398
    jlowther@lowtherwalker.com

    Lowther | Walker LLC
    101 Marietta St., NW, Ste. 3325
    Atlanta, GA 30303
    404.496.4052
    www.lowtherwalker.com

    Attorney for Defendant
    Ryan Felton

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:20-CR-00347-JPB-JSA-1 |
| v. ) | |
| ) | |
| RYAN FELTON ) | |

## CERTIFICATE OF SERVICE

I certify that on December 12, 2022, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the United States District Court for the Northern District of Georgia by way of the CM/ECF system, which automatically will serve this document on the attorneys of record for the parties in this case by electronic mail.

Date:    December 12, 2022

                                          Respectfully submitted,

                                          ***s/ Joshua Sabert Lowther, Esq.***
                                          Joshua Sabert Lowther, Esq.
                                          Ga. Bar # 460398
                                          jlowther@lowtherwalker.com

                                          Lowther | Walker LLC
                                          101 Marietta St., NW, Ste. 3325
                                          Atlanta, GA 30303
                                          404.496.4052
                                          www.lowtherwalker.com