# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

| | |
|---|---|
| **KEVIN P. WEIMER**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>404-215-1655 |

December 12, 2022

Clerk's Office - USCA No. **00-00000-00**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

    Re:    United States of America v. Ryan Felton
            USDC Criminal No. 1:20-cr-347-JPB-JSA-1

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

**X**    **Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.**

    Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.)

**X**    **Appeal fees HAVE been paid. (Receipt# AGANDC-12253693)**

    Certified copy of order appointing Federal Defender Program enclosed.

    Certified copy of CJA order appointing counsel enclosed.

    Appellant has been forwarded an application to proceed IFP.

    Appellant has been   leave to appeal IFP, copy of order enclosed.

    An appeal bond has been denied.

**X**    **District Judge appealed from is Honorable J. P. Boulee.**

    Other: .

The enclosed certified,   record on appeal consists of:

| | | | |
|---|---|---|---|
|     | Volume(s) of pleadings |     | Envelope of Exhibits |
|     | Volume(s) of transcripts. |     | PSI enclosed. (SEALED) |

                                          Sincerely,

                                          Kevin P. Weimer
                                          Clerk of Court

                            By:    P. McClam
Enclosures                                  Deputy Clerk