PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 10 2023

KEVIN P. WEIMER, Clerk
By:

for

## The Northern District of Georgia

U.S.A. vs. _____Ryan Felton_____ Docket No. _1:20-CR-00347-JPB-JSA-1_____

**FILE UNDER SEAL**

### Petition for Action on Conditions of Pretrial Release

COMES NOW _____Steven Witherspoon_____ , pretrial services/probation officer, presenting
an official report upon the conduct of defendant _____Ryan Felton_____ , who was
continued under pretrial release supervision by the Honorable _____J.P. Boulee_____ , sitting in
the court at _____Atlanta, Georgia_____ on the _22nd_ date of _____November_____ , _2022_
under the following conditions:

Not violate federal, state, or local law while on release.
Appear in court as required and if convicted, must surrender as directed to serve a sentence that the court may
impose.
Sign an Appearance Bond, if ordered.
Submit to supervision by and report for supervision to the U.S. Pretrial Services Office.
Maintain or Actively Seek Employment.
Surrender any passport to your supervising officer and do not obtain nor possess a passport or other
international travel document, not obtain or possess a passport or other international travel document in your
name, another name, or on behalf of a third party, including minor children.
Abide by the following restrictions on personal association, residence, or travel: Reside at address provided to
Pretrial services and no not change your address or telephone number w/out written PTS pre-approval.
Avoid all contact with any victims or witnesses as well as any and all co-defendants/and or co-conspirators.
Not possess a firearm, destructive device, other weapon, or ammunition, in your home, vehicle or place of
employment, or upon your person. Remove all firearms/ammo from residence no later than 5:00 PM on
9/14/20.
Not use alcohol excessively.
Not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. Section 802,
unless lawfully prescribed by a medical licensed practitioner.
Submit to testing for a prohibited substance if required by the pretrial services office or supervising officer.
Report within 72 Hours any contact with law enforcement personnel.
Travel restricted to the Northern District of Georgia unless supervising officer has approved travel in advance.

Felton, Ryan                                                                Page 2 of 2
Docket No.: 1:20-CR-00347

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1: Not possess a firearm, destructive device, other weapon, or ammunition in your home.**
On January 10, 2023, a firearm was located in the defendant's residence during a plain sight home inspection.
Allegedly, the firearm was purchased from a private seller on or about January 7, 2023, by the defendant.

PRAYING THAT THE COURT WILL ORDER *a warrant issued for the arrest of said Ryan Felton and that he be brought back before the Court at Atlanta, to show cause why his pretrial bond supervision should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same remain sealed until the warrant is executed or until further order of this Court.*

<table>
<tr><td>ORDER OF COURT</td><td>I declare under penalty of perjury that the foregoing is true and correct.</td></tr>
</table>

ORDER OF COURT

Considered and ordered this ___18th___ day of
___Jan___, 20 _23_ and ordered filed
and made a part of the records in the above case.

The Honorable J.P. Boulee
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on                January 10, 2023

*Steven Witherspoon*
Steven Witherspoon
Senior U.S. Probation Officer

Place                Atlanta, Georgia