FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 11 2023

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RYAN FELTON,

    Defendant.

CASE NO. 1:20-CR-347-JPB

## ORDER APPOINTING COUNSEL

Millie Dunn — IA Only

The above-named defendant has testified under oath or has filed with the Court an affidavit of financial status and hereby satisfied this Court that he or she is financially unable to employ counsel.

Accordingly, the **FEDERAL DEFENDER PROGRAM, INC.**, is hereby appointed to represent this defendant in the above-captioned case unless relieved by an Order of this Court or by Order of the Court of Appeals.

Dated at Atlanta, Georgia this 11th day of January, 2023.

_Catherine Salinas_
**UNITED STATES MAGISTRATE JUDGE**