MAGISTRATE'S CRIMINAL MINUTES  
REVOCATION PROCEEDINGS

FILED IN OPEN COURT  
DATE: 1/11/23 @ 1:13 pm  
TAPE: FTR  
Time In Court: ___ Hr  30 Min

MAGISTRATE JUDGE CATHERINE M. SALINAS       ANGELA SMITH DEPUTY CLERK

CASE NO: 1:20-cr-347-JPB   DEFENDANT'S NAME  Ryan Felton  
AUSA: Sekret Sneed           DEFENDANT'S ATTY  Millie Dunn  
USPO: _____                Type Counsel  ( ) Retained  ( ) CJA  (✓) FDP

## REVOCATION PROCEEDINGS

✓ Initial Appearance HELD.  
✓ Order appointing Federal Defender Program. - IA Only  
✓ Preliminary hearing  HELD  WAIVED   (✓) Continued to  1/20/23 @ 1:00 pm  
___ Waiver filed.  
___ Final revocation hearing set for _____ @ _____  
___ Final revocation hearing HELD.  
___ Defendant ADMITS the allegations as set forth in the petition.  
___ Court finds defendant HAS violated terms of release/probation.  
___ Court ordered defendant's release / probation to be:  

___ Revoked      ___ Terminated      ___ Reinstated/Continued  
___ Vacated      ___ Modified        ___ Written Order to follow

## BOND/DETENTION PROCEEDINGS

✓ Government Motion (Oral) for DETENTION filed. Detention hearing set for 1/20/23 @ 1:00 pm  
___ Temporary Commitment ORDERED.                    ___ Detention hearing held  
___ Order of Detention Pending Final Revocation Hearing.  
___ BOND SET  
     ___ Non-surety  
     ___ Surety  ( ) Cash   ( ) Property   ( ) Corporate surety ONLY  
     SPECIAL CONDITIONS: _____

___ BOND FILED; defendant RELEASED.  
___ Bond NOT EXECUTED. Defendant to remain in Marshal's custody.