Case 1:20-cr-00347-JPB-JSA  Document 68  Filed 01/24/23  Page 1 of 2
Case 1:20-cr-00347-JPB-JSA  Document 62  Filed 01/05/23  Page 1 of 2
USCA11 Case: 22-14215  Document: 011112615114  Date Filed: 01/05/2023  Page: 1 of 2

# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM

*Provide all required information and check the appropriate box(es)*

## PART I.  Transcript Information

*Within 14 days of the filing of the notice of appeal, the appellant must complete Part I and file this form with the District Court Clerk and the Court of Appeals Clerk for all cases. 11th Cir. R. 10-1.*

**Case Information:**

Short Case Style: __United States__ vs __Ryan Felton__

District Court No.: __1:20-CR-00347-JPB-JSA-1__   Date Notice of Appeal Filed: __December 12, 2022__

Court of Appeals No. (if available): __22-14215__

**Transcript Order Information:**

☐ No hearing   ☐ No transcript is required for appeal purposes   ☐ All necessary transcript(s) already on file

☒ I am ordering a transcript of the following proceedings:

HEARING DATE(S) / JUDGE/MAGISTRATE / COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings _____

☐ Trial _____

☒ Sentence __Novembe 22, 2022 / Honorable Jean-Paul Boulee / Penny Coudriet__

☐ Plea _____

☐ Other _____

**Criminal Appeals:**

In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

**Transcript of Guilty Plea Colloquy**
- ☐ A transcript of the guilty plea colloquy is already on file.
- ☒ A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

**Transcript of Sentencing Hearing**
- ☒ A transcript of the sentencing hearing is already on file.
- ☐ A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note:** Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. See 11th Cir. R. 27-1(a)(8).

Case 1:20-cr-00347-JPB-JSA   Document 68   Filed 01/24/23   Page 2 of 2
Case 1:20-cr-00347-JPB-JSA   Document 62   Filed 01/05/23   Page 2 of 2
USCA11 Case: 22-14215   Document: 011112615114   Date Filed: 01/05/2023   Page: 2 of 2

**Financial Arrangements:**

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ **Criminal Justice Act:** My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided *only if specifically authorized* in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: Joshua Sabert Lowther, Esq.
Address: Lowther | Walker LLC, 101 Marietta Street, NW, Suite 3325, Atlanta, GA 30303
E-mail: jlowther@lowtherwalker.com   Phone No.: 404.496.4052

**I certify that I have completed and filed Part I with the District Court Clerk and the Court of Appeals Clerk, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.**

Date: January 4, 2023   Signature: s/ Joshua Sabert Lowther, Esq.   Attorney for: Defendant-Appellant Ryan Felton

## PART II.                    Court Reporter Acknowledgment

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received: 1/24/2023

☒ Satisfactory arrangements for paying the cost of the transcript were made on: 1/24/23

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: 1
Estimated no. of transcript pages: 35
Estimated filing date: 1/25/23

Date: 1/24/2023   Signature: Ray Goulet   Phone No.: 404-215-1660

## PART III.               Notification That Transcript Has Been Filed In District Court

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court Clerk, and send a copy to the Court of Appeals Clerk.*

I certify that the transcript has been completed and filed with the district court on (date): _____

Date: _____   Signature: _____