IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>RYAN FELTON | Criminal Action No.<br><br>1:20-cr-00347-JPB-JSA |

## ORDER OF REMAND PENDING DESIGNATION

This case is presently before the Court on the Petition for Action on Conditions of Release, and the Government's motion for remand as to the defendant, Ryan Felton, pending designation by the Bureau of Prisons of an institution for the defendant to serve the term of imprisonment imposed in this matter. For the reasons stated below, the Court revokes the defendant's pretrial release supervision and **GRANTS** the Government's motion.

On November 22, 2022, at sentencing in this matter, this Court continued the defendant under pretrial release supervision and ordered that the defendant surrender for service of sentence at an institution designated by the Bureau of Prisons no sooner than 90 days from the date of the order. On January 10, 2023, however, this Court issued an arrest warrant for the defendant based on a Petition for Action on Conditions of Release ("Petition") that alleged that the defendant possessed a firearm in his residence on January 10, 2023, in violation of his conditions of pretrial release. [Doc. 64].

On January 11, 2023, the defendant made his initial appearance on the Petition. [Doc. 66]. The Government made an oral motion for detention, and the defendant was ordered temporarily detained pending a hearing on the Petition. [Doc. 67].

The defendant has since waived any hearing on the Petition and admits to the sole violation of the Petition. The Court, therefore, finds pursuant to 18 U.S.C. § 3143 that there is not clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person and the community if he were to be released.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the defendant's pretrial release supervision be and is hereby **REVOKED**. The defendant is remanded to the custody of the Bureau of Prisons to be detained pending the Bureau of Prisons' designation of an institution for the service of his sentence.

**SO ORDERED** this 27th day of JANUARY 2023.

J. P. BOULEE
United States District Judge