AO442 (Rev. 8/15)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

### WARRANT FOR ARREST

F.d: 11171839
USMS: 08235-509

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| vs. | ) | |
| Ryan Felton | ) Docket No.: | 1:20-CR-00347-JPB-JSA-1 |
| | ) | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Pretrial Bond Violation Petition
☐ Other:

charging him with:   Violating Conditions of Bond

in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

___[signed]___   Date: 1/10/23

Honorable J.P. Boulee
U.S. District Court Judge

JAN 10'23 PM 1:26 USMS NGA

Bail fixed at $_____   By _____
Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 03 2023

KEVIN P. WEIMER, Clerk
By: ___ Deputy Clerk

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USPO Atlanta

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 01-10-2023 | A Chief Hutto | |
| DATE OF ARREST | | |
| 01-11-2023 | | |

AO442 (Rev. 8/15)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

## WARRANT FOR ARREST

F.d: 11171839

USMS: 08235-509

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | **COPY** |
| vs. | ) | |
| | ) | |
| Ryan Felton | ) | Docket No.: 1:20-CR-00347-JPB-JSA-1 |
| | ) | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☒ Pretrial Bond Violation Petition
☐ Other:

charging him with: Violating Conditions of Bond

in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer: _____

Date: 1/10/23

Honorable J.P. Boulee
U.S. District Court Judge

Bail fixed at $ _____ By _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

USPO Atlanta

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| 01/10/23 | Achief Chance Hotto | |
| DATE OF ARREST | | |
| 1/11/23 | | |