| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 22-14215-HH USA v. Ryan Felton "Record/Documents Requested from District Court" (1:20-cr-00347-JPB-JSA-1) |
| **Date:** | Friday, April 7, 2023 9:58:07 AM |

**\*\*\*NOTE TO USERS\*\*\* The following notice is for internal court use only and access to the information is limited to named recipients. Access to the Notes and Documents may be further restricted.**

### United States Court of Appeals for the Eleventh Circuit

### Notice of Docket Activity

The following transaction was filed on 04/07/2023

**Case Name:**     USA v. Ryan Felton
**Case Number:**   22-14215

**Docket Text:**
USDC Clerk is requested to forward the following documents to our court: FRAP 11 completed, please forward all items not available electronically: Exhibits Audio/Video (Government's A-V Exhibits 5, 22, 23, 94A-D). Any exhibits identified in 11th Cir. R. 11-3, such as child pornography, should not be transmitted. Please notify the Clerk's Office of any exhibits which are not transmitted to the Court of Appeals.

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court