# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

| | |
|---|---|
| **KEVIN P. WEIMER**<br>**DISTRICT COURT EXECUTIVE**<br>**AND CLERK OF COURT** | **DOCKETING SECTION**<br>404-215-1655 |

April 10, 2023

Clerk's Office - USCA No. **22-14215-HH**
U.S. Court of Appeals
Eleventh Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

   Re:   United States of America v. Ryan Felton
            USDC Criminal No. 1:20-cr-347-JPB-JSA-1

Enclosed are documents regarding an appeal in the action referenced above.   Please acknowledge receipt of same on the enclosed copy of this letter.

___   Certified copy of notice of appeal, docket, order and/or judgment, and commitment appealed from enclosed.

**X**   Original non-electronic record exhibits transmitted pursuant to request.   (See attached copy of request.)

___   Appeal fees   been paid.

___   Certified copy of order appointing Federal Defender Program enclosed.

___   Certified copy of CJA order appointing counsel enclosed.

___   Appellant has been forwarded an application to proceed IFP.

___   Appellant has been   leave to appeal IFP, copy of order enclosed.

___   An appeal bond has been denied.

___   District Judge appealed from is Honorable William M. Ray, II.

___   Other: .

The enclosed certified, **ORIGINAL** record on appeal consists of:

| | | | |
|---|---|---|---|
| ___ | Volume(s) of pleadings | **1** | **Envelope(s)- Exhibits Audio/Video (Government's A-V Exhibits 5, 22, 23, 94A-D)** |
| ___ | Volume(s) of transcripts. | ___ | PSI enclosed. (SEALED) |

Sincerely,

Kevin P. Weimer
Clerk of Court

By:   <u>P. McClam</u>
Enclosures      Deputy Clerk