| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | GANDdb_efile_Appeals_Clerk |
| **Subject:** | 22-14215-HH USA v. Ryan Felton "Record on Appeal Filed" (1:20-cr-00347-JPB-JSA-1) |
| **Date:** | Monday, April 10, 2023 4:15:30 PM |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**United States Court of Appeals for the Eleventh Circuit**

**Notice of Docket Activity**

The following transaction was filed on 04/10/2023

**Case Name:**     USA v. Ryan Felton

**Case Number:**   22-14215

**Docket Text:**
Record on Appeal filed. Exhibit Envelope containing 4 CDs of Audio/Video (Government's A-V Exhibits 5, 22, 23, 94A-D)

**Notice will be electronically mailed to:**

Clerk - Northern District of Georgia, Clerk of Court