IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>RYAN FELTON | Criminal Action No.<br><br>1:20-cr-00347-JPB |

## **MOTION FOR FINAL ORDER OF FORFEITURE**

COMES NOW the United States of America, pursuant to Rule 32.2(c) of the Federal Rules of Criminal Procedure, and moves the Court for a final order of forfeiture. In support thereof, the United States shows the following:

On July 14, 2022, the defendant, Ryan Felton ("Defendant"), pleaded guilty to Counts 1-3, 6-11, 13-22 and 24-28 of the Superseding Indictment. (Doc. 42-1.) The Consent Preliminary Order of Forfeiture was entered on November 22, 2022, forfeiting the Defendant's interest in the following property to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1):

    i.    REAL PROPERTY

        a. 75 Abington Court, NW, Atlanta, Georgia 30327, and All Buildings, Appurtenances, Improvements and Attachments Thereon.

1

    ii.    VEHICLE

        a. One 2017 Chevrolet Tahoe, Vehicle Identification Number 1GNSCBKC3HR401432.

    iii.    MONEY JUDGMENT: A forfeiture money judgement in the amount of $2,499,840.20, representing the amount of proceeds the Defendant obtained as a result of the offenses upon which he was convicted.

(Doc. 54.)

Once a preliminary order of forfeiture has been entered, the Government is required to publish notice of the preliminary order of forfeiture and "may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the" subject property. *See* 21 U.S.C. § 853(n)(1) and 28 U.S.C. § 2461(c). Unless excused, anyone claiming an interest in the property must file a petition with the Court requesting a hearing to adjudicate that interest. Such a petition must be filed "within thirty days of the final publication of notice or his receipt of notice…whichever is earlier." 21 U.S.C. § 853(n)(2).

Here, the Government published notice of the forfeiture action on the official government internet site forfeiture.gov for at least thirty consecutive days beginning on November 24, 2022, and ending on December 23, 2022. (Doc. 63.) The Government also entered into an agreement with Jennifer Felton in which she agreed to waive, abandon and disclaim any interest in the property identified above. (Doc. 52-1.) The Government is not aware of any other person who has alleged an ownership interest in the property to whom direct written notice may have been provided.

No one has filed a petition in this criminal ancillary proceeding, and the time to do so has expired. Thus, the property should be forfeited to the United States pursuant to Fed. R. Crim. P. 32.2(c)(2), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1).

WHEREFORE, the United States respectfully requests that this Court enter a final order of forfeiture allowing the United States to dispose of the property according to law.

        Respectfully submitted,

        RYAN K. BUCHANAN
          *United States Attorney*

        /s/SEKRET T. SNEED
          *Assistant United States Attorney*
        Georgia Bar No. 252939
        600 U.S. Courthouse
        75 Ted Turner Drive, S.W.
        Atlanta, Georgia 30303
        (404)581-6000-phone; (404)581-6181-fax
        sekret.sneed@usdoj.gov

**Certificate of Service**

I served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

May 5, 2023

/s/ SEKRET T. SNEED
SEKRET T. SNEED
Assistant United States Attorney