IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RYAN FELTON | Criminal Action No.<br><br>1:20-cr-00347-JPB |

## **FINAL ORDER AND JUDGMENT OF FORFEITURE**

This matter is before the Court on the Government's Motion for Final Order of Forfeiture for property seized from Defendant Ryan Felton. This Court entered the Consent Preliminary Order of Forfeiture on November 22, 2022, (Doc. 54), forfeiting the Defendant's interest in the following property to the United States pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1):

  i. REAL PROPERTY

     a. 75 Abington Court, NW, Atlanta, Georgia 30327, and All Buildings, Appurtenances, Improvements and Attachments Thereon.

  ii. VEHICLE

     a. One 2017 Chevrolet Tahoe, Vehicle Identification Number 1GNSCBKC3HR401432.

  iii. MONEY JUDGMENT: A forfeiture money judgement in the amount of $2,499,840.20, representing the amount of proceeds the Defendant obtained as a result of the offenses upon which he was convicted.

In order to comply with the notice requirements set forth in 21 U.S.C. § 853(n)(1), as incorporated by 28 U.S.C. § 2461(c), the United States published notice of the forfeiture action on the official government internet site forfeiture.gov for at least thirty consecutive days. (Doc. 63.) The United States also entered into an agreement with Jennifer Felton in which she agreed to waive, abandon and disclaim any interest in the property identified above. (Doc. 52-1.) No one has filed a petition to the property and the deadline for doing so has expired.

This Court, having found that the Defendant has an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1), and that no one filed a petition claiming an interest in the property, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. A final forfeiture judgment against the following property is hereby entered pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(a)(1):

    i. REAL PROPERTY

        a. 75 Abington Court, NW, Atlanta, Georgia 30327, and All Buildings, Appurtenances, Improvements and Attachments Thereon.

    ii. VEHICLE

        a. One 2017 Chevrolet Tahoe, Vehicle Identification Number 1GNSCBKC3HR401432.

    iii.    MONEY JUDGMENT: A forfeiture money judgement in the amount of $2,499,840.20, representing the amount of proceeds the Defendant received as a result of the offenses upon which he was convicted.

2. All right, title and interest in the above property is hereby condemned, forfeited, and vested in the United States and shall be disposed of according to law.

3. The United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED THIS _____ day of _____, 2023.

 

J. P. BOULEE  
UNITED STATES DISTRICT JUDGE

Prepared by:  
Sekret T. Sneed, Assistant United States Attorney  
(404) 581-6263