**U.S. Department of Justice**
United States Marshals Service

JUL 6 '23 AM 6:43 USMS NGA

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 1:20-cr-00347-JPB |
| DEFENDANT | TYPE OF PROCESS |
| Ryan Felton | Restoration/Restitution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
One 2017 Chevrolet Tahoe, VIN: 1GNSCBKC3HR401432

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Sekret T. Sneed
Assistant United States Attorney
75 Ted Turner Drive SW, STE 600
Atlanta, GA 30303

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Per the Final Order and Judgment of Forfeiture please dispose of the above named asset and hold proceeds for restoration/restitution.

19-FBI-002791

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 404-581-6000
DATE: 6/9/2023

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 19
District to Serve No.: 19
Signature of Authorized USMS Deputy or Clerk
Date: 7.6.2023

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 7/19/23  Time: 2:50  ☐ am ☒ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 20 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Sold online according to law, $35,900.00

Form USM-285
Rev. 03/21